**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2512**

---

CAROLYN L. JONES,

Plaintiff - Appellant,

versus

FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Defendant - Appellee,

and

REGINAL COGDELL; CATHY LACOCK; COLONIAL AMERI-
CAN CASUALTY AND SURETY COMPANY,

Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge;
Catherine C. Blake, District Judge. (CA-97-112-CCB)

---

Submitted: March 23, 1999          Decided: April 6, 1999

---

Before ERVIN, HAMILTON, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Carolyn L. Jones, Appellant Pro Se.  Leonard Edwin Cohen, Emmett Francis McGee, Jr., PIPER & MARBURY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn L. Jones appeals the district court's order granting summary judgment to the defendants in her Title VII and 28 U.S.C. § 1981 (1994) action claiming employment discrimination based upon her race and retaliation.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Jones v. Fidelity & Deposit Co. of Md., No. CA-97-112-CCB (D. Md. Sept. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED